**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
The Pharma Partners, LTD,

                        Plaintiff,

      -against-                                              19 **CIVIL** 5735 (AJN)

                                                                       **JUDGMENT**

Liposeuticals Inc.,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated June 1, 2020, Defendant's motion to dismiss is granted; the action is dismissed for lack of personal jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York
             June 2, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                              **Clerk of Court**
                               **BY:**
                                                              _____
                                                              **Deputy Clerk**